UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EVANGELINE MATHERNE KNOBLOCK, NOLAN PAUL KNOBLOCK, BRENT CHRISTOPHER KNOBLOCK and KURT MICHAEL KNOBLOCK, individually, and on behalf of NOLAN PHILLIP KNOBLOCK, JR. | CIVIL ACTON NO.: |
| VERSUS | JUDGE: |
| OFFSHORE PROCESS SERVICES, INC. KONECRANES, INC., DONAVAN MEYER ASSOCIATES, INC., OIL STATES MARTEC CRANE SERVICES, INC., OIL STATES MCS, INC, and OIL STATES INDUSTRIES, INC. | MAGISTRATE JUDGE: |

***************************************************************************

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Offshore Process Services, Inc., pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1446, files this Notice of Removal of the captioned case from the 21st Judicial District Court for the Parish of Tangipahoa, State of Louisiana, in which court it is now pending, to the United States District Court for the Eastern District of Louisiana. This removal is predicated upon the Court's original jurisdiction over this matter pursuant to 28 U.S.C. §1331 and the Outer Continental Shelf Lands Act (OCSLA), 43 U.S.C. §§ 1331-1356.

I.

Plaintiffs (with domiciles of Louisiana, Colorado, and Pennsylvania) filed a wrongful death and survival action in Louisiana state court after the death of Nolan Phillip Knoblock, Jr., who allegedly died while working upon the Louisiana Offshore Oil Port ("LOOP"). LOOP is a fixed structure permanently attached to the seabed and erected for the purpose of facilitating production and transportation of oil and gas. It is located approximately 18 miles off of the Louisiana coast.

II.

Plaintiffs, Evangeline Matherne Knoblock, Nolan Paul Knoblock, Brent Christopher Knoblock, and Kurt Michael Knoblock, individually and on behalf of Nolan Phillip Knoblock, Jr., filed a wrongful death and survival action on or about October 27, 2011 styled "*EVANGELINE MATHERNE KNOBLOCK, NOLAN PAUL KNOBLOCK, BRENT CHRISTOPHER KNOBLOCK, and KURT MICHAEL KNOBLOCK, individually, and on behalf of NOLAN PHILLIP KNOBLOCK, JR. v. OFFSHORE PROCESS SERVICES, INC., KONECRANES, INC., DONAVAN MEYER ASSOCIATES, INC., OIL STATES MARTEC CRANE SERVICES, INC., OIL STATES MCS, INC. and OIL STATES INDUSTRIES, INC.*" in the 21st Judicial District Court for the Parish of St. Tangipahoa, State of Louisiana, cause number 2011-0003577 section "E" in which Plaintiffs assert a cause of action of negligence against all named defendants.

III.

Defendant, Konecranes, Inc., received notice of the lawsuit by service of process on October 31, 2011. Defendants, Offshore Process Services, Inc. and Oil States Industries, Inc., received notice of the lawsuit by service of process on November 1, 2011. Upon information and belief, service was made on October 31, 2011 as to Defendants, Oil States MCS, Inc. and Oil States Martec Crane Services, Inc. Upon information and belief, Defendant, Donovan Meyer Associates, Inc., has yet to be served. At this time, the record only reflects citations to foreign parties with alleged receipt dates listed. The record does not reflect the actual filing of any certified return receipts or affidavits in proof of service on said parties. Pursuant to U.S.C. §1446(b), this Notice of Removal is filed within thirty (30) days after receipt of notice of the initial pleading.

IV.

Attached to this Notice of Removal are copies of all pleadings and orders on file in the State Court. (See attached Exhibit "A")

V.

This suit is removable to this Court under and by virtue of the federal statutes and acts of the Congress of the United States, pursuant to 28 U.S.C. § 1331, including, but not limited to, the Outer Continental Shelf Lands Act (OCSLA), 43 U.S.C. §§ 1331-1356.

VI.

This suit is also removable to this Court under the original jurisdiction granted to federal district courts pursuant to 43 U.S.C. § 1349(b)(1) of OCSLA insomuch as this case arises out of and/or in connection with operations conducted on the Outer Continental Shelf which involve exploration, development, and/or production of the minerals of the seabed.

VII.

Plaintiffs allege in their petition for damages that the incident in question occurred while the Plaintiff-Decedent was on LOOP. LOOP is a structure permanently attached to the Shelf where crude oil is offloaded, stored, and transported, and but for these mineral-related operations, this incident would have never occurred

VIII.

Upon filing of the Notice of Removal, Offshore Process Services, Inc. has promptly given written notice thereof to all Plaintiffs, through their attorneys of record, and will promptly file with the Clerk of Court of the 21st Judicial District Court for the Parish of Tangipahoa, State of Louisiana, a copy of this Notice of Removal of the action to this Court, as required by 28 U.S.C. § 1446(d).

IX.

Under 28 U.S.C. § 1441(a), venue for a removed action is proper in this Court as the 21st Judicial District Court, Parish of Tangipahoa, State of Louisiana, is located within this district.

X.

Offshore Process Services, Inc. has contacted counsel for the other Defendants, Konecranes, Inc., Donavan Meyer Associates, Inc., Oil States Martec Crane Services, Inc., Oil States MCS, Inc., and Oil States Industries, Inc., and to the extent necessary, they consent to removal. (See executed Consent to Removal forms attached as Exhibit "B")

WHEREFORE, Defendant, Offshore Process Services, Inc. prays that this Notice of Removal be filed in accordance with the law and that it be considered good and sufficient and that the above-captioned matter filed in the 21st Judicial District Court for the Parish of Tangipahoa, State of Louisiana, be removed from State Court to this Honorable Court for trial and determination as provided by law and that this Court enter such Orders and issue process as may be proper to bring before it copies of all records and proceedings in said civil action from the 21st Judicial District Court for the Parish of Tangipahoa, and thereupon proceed with this civil action as if it had originally commenced in this Court.

Respectfully submitted:

ALLEN & GOOCH,
A Law Corporation

____________________________
CADE EVANS (#24405)
RANDALL K. THEUNISSEN (#12727)
S. BRIAN PERRY (#25209)
2000 Kaliste Saloom Road, Suite 400
Lafayette, LA 70508
Telephone: (337) 291-1660
Fax: (337) 291-1665
Attorneys for Offshore Process Services, Inc.

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all known parties by depositing same in the United States Mail, properly addressed and postage prepaid.

This 28th day of November, 2011.

CADE EVANS