This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com


**21ST JUDICIAL DISTRICT COURT FOR THE PARISH OF TANGIPAHOA**

**STATE OF LOUISIANA**

**NO.** 2011-0003577 **SECTION:** E

**EVANGELINE MATHERNE KNOBLOCK, NOLAN PAUL KNOBLOCK, BRENT CHRISTOPHER KNOBLOCK, and KURT MICHAEL KNOBLOCK, individually, and on behalf of NOLAN PHILLIP KNOBLOCK, JR.**

**versus**

**OFFSHORE PROCESS SERVICES, INC., KONECRANES, INC., DONAVAN MEYER ASSOCIATES, INC., OIL STATES MARTEC CRANE SERVICES, INC., OIL STATES MCS, INC. and OIL STATES INDUSTRIES, INC.**

**FILED:** October 27 2011 [signature] **DEPUTY CLERK**

**PETITION FOR DAMAGES AND JURY DEMAND**

The following parties are made petitioners herein, individually, and on behalf of Nolan Phillip Knoblock, Jr., and respectfully represent as follows:

A. **EVANGELINE MATHERNE KNOBLOCK**, a person of the full age of majority and domiciled in the Parish of St. Charles, State of Louisiana;

B. **NOLAN PAUL KNOBLOCK**, a person of the full age of majority and domiciled in the State of Colorado;

C. **BRENT CHRISTOPHER KNOBLOCK**, a person of the full age of majority and domiciled in the Parish of St. Charles, State of Louisiana; and

D. **KURT MICHAEL KNOBLOCK**, a person of the full age of majority and domiciled in the State of Pennsylvania.

1.

The following parties are made defendants herein and are liable unto your petitioners, jointly, severally, and *in solido* for a reasonable sum in the premises, together with legal interest thereon from date of judicial demand, all costs of these proceedings, and for all general and/or equitable relief for the reasons stated herein:

A. **OFFSHORE PROCESS SERVICES, INC. (hereinafter "OPS")**, a Louisiana corporation with a domicile address of 389 Kathleen Street, Ponchatoula, Louisiana which may be served through its registered agent: Mr. Jean-Paul Layrisson, 607 St. Charles Ave., Ste. 100, New Orleans, LA 70130.

B. **KONECRANES, INC. (hereinafter "Konecranes")**, a foreign corporation which may be served through its registered agent: National Registers Agents, Inc., 1011 N. Causeway Blvd., Ste 3, Mandeville, LA 70471.

2011 OCT 27 PM 1:56
JULIAN E. DUFRECHE
CLERK OF COURT
TANGIPAHOA PARISH, LA

SCANNED
DV

EXHIBIT
A

From: 985 748 9018 Page: 1/13 Date: 11/22/2011 11:36:30 AM

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com


C. **DONAVAN MEYER ASSOCIATES, INC. (hereinafter "Donavan Meyer"),** a foreign corporation which may be served via the Louisiana long arm statute through its registered agent: Philip A. Meyer, 12303 Hart Crest, San Antonio, TX 78249.

D. **OIL STATES MARTEC CRANE SERVICES, INC. (hereinafter collectively "Oil States"),** a foreign corporation which may be served via the Louisiana long arm statute through its registered agent: The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801.

E. **OIL STATES MCS, INC. (hereinafter collectively "Oil States"),** a foreign corporation which may be served via the Louisiana long arm statute through its registered agent: The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801.

F. **OIL STATES INDUSTRIES, INC. (hereinafter collectively "Oil States"),** a foreign corporation which may be served through its registered agent: CT Corporation System, 5615 Corporate Blvd., Ste. 400 B, Baton Rouge, LA 70808.

2.

On October 30, 2010, LOOP Maintenance Technician, Nolan Phillip Knoblock, Jr., was changing an overhead light bulb in the West Bridge area of the LOOP Marine Terminal located approximately eighteen (18) miles south of Grand Isle, Louisiana.

3.

In accordance with accepted work practices, Mr. Knoblock was using the West Bridge Overhead Crane as a work platform so as to gain access to the light bulb.

4.

As Mr. Knoblock was performing this task, the crane unexpectedly moved forward and pinned him between the crane and a cable tray.

5.

Sometime thereafter, LOOP employees arrived at the scene and freed Mr. Knoblock from the crane.

6.

Despite emergency medical efforts, Mr. Knoblock died as a result of the above referenced incident.

7.

Following the incident, LOOP commissioned an accident investigation.



From: 985 748 8018 Page: 2/13 Date: 11/22/2011 11:36:30 AM

8.

As a result of the investigation, it was discovered that a control wiring problem in the crane caused the accident.

9.

Prior to the accident, upon information and belief, Mr. Knoblock used the crane remote control to position the crane close to the overhead light so as to begin his work.

10.

Upon information and belief, Mr. Knoblock believed, as did all others on the LOOP Marine Terminal, that the remote control was the only device that was active and able to move the crane.

11.

An older pendant control was stored on the crane but was never used. By design, only one device was supposed to be active at a time.

12.

At the time of Mr. Knoblock's death, the switch used to alternate between the two controls was set in the position for only the remote control to be active.

13.

Following the accident, it was discovered that the pendant control was actually wired so that it was always active when the crane had power.

14.

Upon information and belief, this condition existed since 1991, when the relevant remote control was installed on the crane.

15.

The pendant control was stored in an area that Mr. Knoblock used to gain access to the top of the crane winch housing and it was concluded that he unintentionally stepped on one end of the pendant.

16.

It was determined that when Mr. Knoblock stepped on the pendant control, the other end of the pendant moved up and a pendant button contacted the fins of a motor located above it.

17.

Depressing that button caused the pendant to issue a command for the crane to move at a moment when Mr. Knoblock was between the crane and cable tray.

18.

Prior to this accident, and since the relevant remote control was installed in 1991, all Defendants at the request of LOOP, performed third party inspections of the West Bridge Overhead Crane and certified that the relevant crane, together with its accessory equipment, was tested structurally and mechanically, in accordance with applicable standards, and was found to be safe and free of defects.

19.

Such inspections were specifically designed to foresee and predict dangerous conditions and failures regarding the relevant crane, including the mechanical crane control problems that caused Mr. Knoblock's accident.

20.

Nevertheless, despite issuing numerous certifications that the relevant crane was safe and both mechanically and structurally sound, Defendants failed to discover the control wiring problem and/or neglected to inform LOOP of the problem so that it could be properly repaired.

21.

The sole cause of the above-described accident was the negligence of Defendants as imputed unto their insurers, in the following non-exclusive particulars:

A. Failing to complete a thorough inspection of the relevant crane;

B. Failing to complete an inspection of the relevant crane that conformed to the applicable industry and regulatory standards;

C. Failing to complete an inspection of the relevant crane that revealed the control wiring problem;

D. Certifying that the relevant crane was safe and free of defects without completing an adequate inspection;

E. Certifying that the relevant crane was safe and free of defects despite the fact that the control wiring problem existed;

F. Failing to alert LOOP, LLC and/or any other entity of the control wiring problem that caused this accident; and

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com


G. All other acts of negligence that may be shown at trial.

22.

The negligence and/or fault of Defendants was the legal and proximate cause of the injuries sustained by and eventual death of Mr. Knoblock.

23.

At all times pertinent hereto, Petitioner, Evangeline Matherne Knoblock, was decedent, Nolan Phillip Knoblock Jr.'s, legal wife and is the proper party plaintiff to bring both a survival and wrongful death action under Louisiana law.

24.

At all times pertinent hereto, Petitioners, Nolan Paul Knoblock, Brent Christopher Knoblock, and Kurt Michael Knoblock, were decedent, Nolan Phillips Knoblock, Jr.'s, legal children and are the proper party plaintiffs to bring both a survival and wrongful death action under Louisiana law.

25.

As a direct result of Defendants' negligence, Petitioner, Evangeline Matherne Knoblock, Nolan Paul Knoblock, Brent Christopher Knoblock, and Kurt Michael Knoblock, are entitled to recover damages, including but not limited to:

a) Medical and burial expenses incurred;

b) Loss of services and support;

c) Loss of society, care, and affection;

d) Grief and mental anguish;

e) Nolan Knoblock's conscious pain and suffering prior to death; and

f) Any and all damages arising out of the wrongful death of Nolan Phillip Knoblock, Jr. permitted by Louisiana law.

26.

Petitioners seek damages that are reasonable under the premises, including all wrongful death, survival, compensatory, and punitive damages permitted by law.

27.

Petitioners pray for trial by jury.



From: 985 748 9018 Page: 5/13 Date: 11/22/2011 11:36:30 AM

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com


**WHEREFORE,** Petitioners pray that Defendants be served with a copy of this Petition for Damages and that, after all legal delays have run, there be judgment in favor of Petitioners and against Defendants, jointly, severally, and *in solido*, for a reasonable sum in the premises, together with legal interest from date of judicial demand until paid, and for all costs of these proceedings.

Respectfully submitted,

**JAMES C. KLICK - #7451**
**JOSEPH E. "JED" CAIN - #29785**
**HERMAN, HERMAN, KATZ & COTLAR, LLP**
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Facsimile: (504) 561-6024

**LOYD J. BOURGEOIS - #29771**
**LOYD J. BOURGEOIS, LLC**
13755 River Rd., Suite A
Luling, Louisiana 70070
Telephone: (985) 240-9773

**PLEASE SERVE:**
(Petition for Damages and Jury Demand)

**OFFSHORE PROCESS SERVICES, INC.**
Through its registered agent:
**Mr. Jean-Paul Layrisson**
607 St. Charles Ave., Ste. 100,
New Orleans, Louisiaian 70130.

**KONECRANES, INC.**
Through its registered agent:
**National Registers Agents, Inc.**
1011 N. Causeway Blvd., Ste 3
Mandeville, LA 70471.

**OIL STATES INDUSTRIES, INC.**
Through its registered agent:
**CT Corporation System**
5615 Corporate Blvd., Ste. 400 B
Baton Rouge, LA 70808.



From: 985 748 9018 Page: 6/13 Date: 11/22/2011 11:36:30 AM

**PLEASE SERVE:** *Via the Louisiana Long Arm Statute*
(Petition for Damages and Jury Demand)

**DONAVAN MEYER ASSOCIATES, INC.**
Through its registered agent:
**Philip A. Meyer**
12303 Hart Crest
San Antonio, TX 78249.

**OIL STATES MARTEC CRANE SERVICES, INC.**
Through its registered agent:
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street,
Wilmington, DE 19801.

**OIL STATES MCS, INC.**
Through its registered agent:
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801.

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com



# CITATION

*EVANGELINE MATHERNE KNOBLOCK, ET AL*

*Versus*

*OFFSHORE PROCESS SERVICES INC, ET AL*

*Case: 2011-0003577*
*Division: E*
*21st Judicial District Court*
*Parish of Tangipahoa*
*State of Louisiana*

*DTM*

*To: OIL STATES INDUSTRIES INC*
*THRU ITS REGISTERED AGENT: CT CORPORATION SYSTEM*
*5615 CORPORATE BLVD, SUITE 400B*
*BATON ROUGE, LA 70808*

*Parish of EAST BATON ROUGE*

***YOU ARE HEREBY SUMMONED*** *to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the Twenty-First Judicial District Court in and for the Parish of Tangipahoa, State of Louisiana within fifteen (15) days after the service hereof, under penalty of default.*

*This service was ordered by attorney JOSEPH E "JED" CAIN and was issued by the Clerk of Court on October 27, 2011.*

*Pleading Served*

*PETITION FOR DAMAGES AND JURY DEMAND*

NOV 01 2011
I made service on the named party through the CT Corporation by tendering a copy of this document to ☐ LYNETTE BASS ☐ RODERICK THOMAS ☐ LISA UTTECH
C. Cummins
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

JULIE CHISM
*Deputy Clerk of Court for*
*Julian E. Dufreche, Clerk of Court*

***Service Information***

*Received on the ______ day of ______________, 20____ and on the ________ day of ______________, 20____ served the above named party as follows:*

***Personal Service*** *on the party herein named ________________________.*

***Domiciliary Service*** *on the party herein named by leaving the same at his/her domicile in the parish in the hands of ______________________, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.*

*Returned:*
*Parish of ______________________ this ________ day of ______________ 20____*

*Service $__________*

*By: ________________________*
*Deputy Sheriff*

*Mileage $__________*

*Total $__________*

RECEIVED
OCT 31 2011
EBR SHERIFF'S OFFICE

2011 NOV -3 AM 9:36
JULIAN E. DUFRECHE
CLERK OF COURT
TANGIPAHOA PARISH, LA

SCANNED

PREPAID

[ ORIGINAL ]

RETURN

# CITATION

EVANGELINE MATHERNE KNOBLOCK, ET AL

Versus

OFFSHORE PROCESS SERVICES INC, ET AL

Case: 2011-0003577
Division: E
21st Judicial District Court
Parish of Tangipahoa
State of Louisiana

DTM

To: KONECRANES INC
THRU ITS REGISTERED AGENT: NATIONAL REGISTERS AGENTS INC
1011 N CAUSEWAY BLVD, STE 3
MANDEVILLE, LA 70471

Parish of ST TAMMANY

**YOU ARE HEREBY SUMMONED** to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the Twenty-First Judicial District Court in and for the Parish of Tangipahoa, State of Louisiana within fifteen (15) days after the service hereof, under penalty of default.

This service was ordered by attorney JOSEPH E "JED" CAIN and was issued by the Clerk of Court on October 27, 2011.

Pleading Served

PETITION FOR DAMAGES AND JURY DEMAND

Deputy Clerk of Court for
Julian E. Dufreche, Clerk of Court

## Service Information

Received on the ______ day of ________________, 20____ and on the ______ day of ________________, 20____ served the above named party as follows:

**Personal Service** on the party herein named ______________.

**Domiciliary Service** on ... hands of __________ ... years, living and residi... learned by interrogatin... said service. ...cile in the parish in the ...ver the age of seventeen ...ed with this service, I ...r residence at the time of

(53)20110003577 - 1.00 -- C/P INT
Served PERS on
KONECRANES INC THRU NATL REG AGENTS at
1011 N Causeway BL, MANDEVILLE
Service Date & Time: 10/31/2011 11:59:00AM
THRU SECRETARY

3716 - BENITEZ, RICKY, St. Tammany Parish

Returned:
Parish of __________ __________, 20____.

Service $__________

Mileage $__________ Deputy Sheriff

Total $__________

SCANNED

JULIAN E. DUFRECHE
CLERK OF COURT
TANGIPAHOA PARISH, LA
2011 NOV -2 AM 9:27

[ ORIGINAL ]

Sv ST CH

# CITATION

EVANGELINE MATHERNE KNOBLOCK, ET AL

Versus

OFFSHORE PROCESS SERVICES INC, ET AL

Case: 2011-0003577
Division: E
21st Judicial District Court
Parish of Tangipahoa
State of Louisiana

DTM

To: OFFSHORE PROCESS SERVICES INC
THRU ITS REGISTERED AGENT: MR JEAN-PAUL LAYRISSON
607 ST CHARLES AVENUE, STE 100
NEW ORLEANS, LA 70130

Parish of ORLEANS

**YOU ARE HEREBY SUMMONED** to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the Twenty-First Judicial District Court in and for the Parish of Tangipahoa, State of Louisiana within fifteen (15) days after the service hereof, under penalty of default.

This service was ordered by attorney JOSEPH E "JED" CAIN and was issued by the Clerk of Court on October 27, 2011.

2011 OCT ... 03

Pleading Served

PETITION FOR DAMAGES AND JURY DEMAND

1 9105 52

[signature]
Deputy Clerk of Court for
Julian E. Dufreche, Clerk of Court

**Service Information**

Received on the 1 day of NOV, 20 11 and on the 1 day of NOV, 20 11 served the above named party as follows:

**Personal Service** on the party herein named CHARLOTTE PREJEAN.

**Domiciliary Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of ______, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of Orleans this 1 day of NOV, 20 11.

Service $______

Mileage $______

Total $______

By: [signature] 423
Deputy Sheriff

JULIAN E. DUFRECHE
CLERK OF COURT
TANGIPAHOA PARISH, LA
2011 NOV -3 AM 9:34

[ ORIGINAL ]

# CITATION – LONG ARM

EVANGELINE MATHERNE KNOBLOCK, ET AL

Versus

OFFSHORE PROCESS SERVICES INC, ET AL

Case: 2011-0003577
Division: E
21st Judicial District Court
Parish of Tangipahoa
State of Louisiana

FILED November 15, 2011
Marsha Casanova
DY CLERK OF COURT

DTM

To: OIL STATES MCS INC
THRU ITS REGISTERED AGENT: THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

Parish of

2011 NOV 15 AM 11:53

***YOU ARE HEREBY SUMMONED*** to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the Twenty-first Judicial District Court in and for the Parish of Tangipahoa, State of Louisiana within 30 days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" hereof, under penalty of default.

This service was ordered by attorney JOSEPH E "JED" CAIN and was issued by the Clerk of Court on October 27, 2011.

Pleading Served

PETITION FOR DAMAGES AND JURY DEMAND

Deputy Clerk of Court for
Julian E. Dufreche, Clerk of Court

## Service Information

Received on the 27th day of October, 20 11 and on the 31st day of October, 20 11 served the above named party as follows:

**Personal Service on the party herein named** Oil States MCS Inc.

**Domiciliary Service on the party herein named by leaving the same at his/her domicile in the parish in the hands of** ____________, **a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.**

Returned:
Parish of Tangipahoa this 14th day of November, 20 11.

Service $________

Mileage $________

Total $________

By: ____________
Deputy Sheriff

[ ORIGINAL ]

# *CITATION – LONG ARM*

*EVANGELINE MATHERNE KNOBLOCK, ET AL*

*Versus*

*OFFSHORE PROCESS SERVICES INC, ET AL*

***Case: 2011-0003577***
***Division: E***
***21st Judicial District Court***
***Parish of Tangipahoa***
***State of Louisiana***

FILED November 15, 2011
Marla Casanova
DY. CLERK OF COURT

DTM

2011 NOV 15 AM 11:51

*To: OIL STATES MARTEC CRANE SERVICES INC*
*THRU ITS REGISTERED AGENT: THE CORPORATION TRUST COMPANY*
*CORPORATION TRUST CENTER*
*1209 ORANGE STREET*
*WILMINGTON, DE 19801*

*Parish of*

***YOU ARE HEREBY SUMMONED*** *to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the Twenty-first Judicial District Court in and for the Parish of Tangipahoa, State of Louisiana within 30 days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" hereof, under penalty of default.*

*This service was ordered by attorney JOSEPH E "JED" CAIN and was issued by the Clerk of Court on October 27, 2011.*

*Pleading Served*

*PETITION FOR DAMAGES AND JURY DEMAND*

[signature]
*Deputy Clerk of Court for*
*Julian E. Dufreche, Clerk of Court*

## ***Service Information***

*Received on the* 27th *day of* October*, 20* 11 *and on the* 21st *day of* October*, 20* 11 *served the above named party as follows:*

***Personal Service*** *on the party herein named* Oil States Martec Crane Services, Inc.

***Domiciliary Service*** *on the party herein named by leaving the same at his/her domicile in the parish in the hands of* __________, *a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.*

*Returned:*
*Parish of* Tangipahoa *this* 14th *day of* November*, 20* 11.

*Service* $ ______

*Mileage* $ ______ *By:* __________ *Deputy Sheriff*

*Total* $ ______

[ ORIGINAL ]

# CITATION – LONG ARM

*EVANGELINE MATHERNE KNOBLOCK, ET AL*

*Versus*

*OFFSHORE PROCESS SERVICES INC, ET AL*

***Case: 2011-0003577***
***Division: E***
***21st Judicial District Court***
***Parish of Tangipahoa***
***State of Louisiana***

DTM

2011 NOV 15 AM 11:51

FILED November 15, 2011
Marsha Casanova
DY CLERK OF COURT

*To: DONOVAN MEYER ASSOCIATES INC*
*THRU ITS REGISTERED AGENT: PHILIP MEYER*
*12303 HART CREST*
*SAN ANTONIO, TX 78249*

*Parish of*

***YOU ARE HEREBY SUMMONED** to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the Twenty-first Judicial District Court in and for the Parish of Tangipahoa, State of Louisiana within 30 days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" hereof, under penalty of default.*

*This service was ordered by attorney JOSEPH E "JED" CAIN and was issued by the Clerk of Court on October 27, 2011.*

*Pleading Served*

*PETITION FOR DAMAGES AND JURY DEMAND*

[signature]
*Deputy Clerk of Court for*
*Julian E. Dufreche, Clerk of Court*

***Service Information***

*Received on the* 27th *day of* October, *20* 11 *and on the* 31st *day of* October, *20* 11 *served the above named party as follows:*

***Personal Service** on the party herein named* Donovan Meyer Associates, Inc.

***Domiciliary Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of* ______________, *a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.*

*Returned:*
*Parish of* Tangipahoa *this* 14th *day of* November, *20* 11.

*Service* $ ________
*Mileage* $ ________
*Total* $ ________

*By:* ______________________
*Deputy Sheriff*

[ ORIGINAL ]