UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **EVANGELINE MATHERNE KNOBLOCK, ET AL.** | * | **CIVIL ACTION** |
| | * | |
| **versus** | * | **No. 11-2935** |
| | * | |
| **OFFSHORE PROCESS SERVICES, ET AL.** | * | **SECTION "L" (4)** |

**JURY INTERROGATORIES**
**MARCH 7, 2013**

Please answer the following questions:

1. Do you find by a preponderance of the evidence that the death of Nolan Knoblock was the result of natural causes?

Yes________ No__X____

(If your answer to Question 1 is "No," please proceed to Question 2; if your answer is "Yes," please proceed to the end of this verdict form, date and sign the form, and return to the courtroom.)

2. Do you find by a preponderance of the evidence that Defendant Offshore Process Services, Inc. was negligent with regard to the death of Nolan Knoblock?

Yes________ No__X____

(If your answer to Question 2 is "Yes," please proceed to Question 3; if your answer is "No," please skip Question 3 and proceed directly to Question 4.)

3. Do you find by a preponderance of the evidence that the negligence of Defendant Offshore Process Services, Inc. was a legal cause of Nolan Knoblock's death?

Yes_________ No_________

(Please proceed to Question 4.)

4. Do you find by a preponderance of the evidence that Defendant Konecranes, Inc. was negligent with regard to the death of Nolan Knoblock?

Yes_________ No___X___

(If your answer to Question 4 is "Yes," please proceed to Question 5. If your answer to this Question is "No," but your answer to Question 2 is "Yes," please proceed to Question 6. If your answers to this Question and to Question 2 are both "No," please proceed to the end of this verdict form, date and sign the form, and return to the courtroom.)

5. Do you find by a preponderance of the evidence that the negligence of Defendant Konecranes, Inc. was a legal cause of Nolan Knoblock's death?

Yes_________ No_________

(If your answer to Questions 3 and 5 are "No," please proceed to the end of this verdict form, date and sign the form, and return to the courtroom. If your answer to either Question 3 or Question 5 is "Yes," please proceed to Question 6.)

6. Do you find by a preponderance of the evidence that Nolan Knoblock was negligent with regard to his own death?

Yes_________ No_________

(If your answer to Question 6 is "Yes," please proceed to Question 7; if your answer is "No," please skip Question 7 and proceed directly to Question 8.)

7. Do you find by a preponderance of the evidence that the negligence of Nolan Knoblock was a legal cause of his own death?

Yes_________ No_________

(Please proceed to Question 8.)

8. Do you find by a preponderance of the evidence that LOOP, LLC was negligent with regard to Nolan Knoblock's death?

Yes_________ No_________

(If your answer to Question 8 is "Yes," please proceed to Question 9; if your answer is "No," please skip Question 9 and proceed directly to Question 10.)

9. Do you find by a preponderance of the evidence that the negligence of LOOP, LLC was a legal cause of Nolan Knoblock's death?

Yes_________ No_________

(Please proceed to Question 10.)

10. What amount of fault, expressed as a percentage, is attributable to each of the following companies/persons, if any, in causing Nolan Knoblock's death?

| | |
|---|---|
| Defendant Offshore Process Services, Inc. | _________% |
| Defendant Konecranes, Inc. | _________% |
| LOOP, LLC | _________% |
| Nolan Knoblock | _________% |

(The total must equal 100%)

(Please proceed to Question 11.)

11. Without making any deductions for the percentage of fault, if any, that you have assigned in Question 10, please state what amount, if any, would fairly and adequately compensate the Plaintiffs, Nolan P. Knoblock's surviving widow and sons, for the following:

**Nolan Knoblock**'s pain and suffering prior to his death $___________

**Evangeline Matherne Knoblock**:

a) Loss of financial support and household services $___________

b) Loss of love and affection $___________

**N. Paul M. Knoblock**:

Loss of love and affection $___________

**Brent C. Knoblock**:

Loss of love and affection $___________

**Kurt M. Knoblock**:

Loss of love and affection $___________

(Please date and sign the verdict form and return to the courtroom.)

New Orleans, Louisiana, this 7th day of March, 2013.

James Bond III

JURY FOREPERSON