**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| EVANGELINE MATHERNE KNOBLOCK, ET AL | CIVIL ACTION |
| VERSUS | NO. 11-2935 |
| OFFSHORE PROCESS SERVICES, INC. ET AL | SECTION: L |

# JUDGMENT

This matter came on before the Court on previous days for trial by jury. Now therefore, considering the answers of the jury to the interrogatories propounded to them, and further considering the direction of the Court as to the entry of judgment, accordingly:

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendants, Offshore Process Services, Inc. and Konecranes, Inc. and against plaintiffs, Evangeline Matherne Knoblock, Nolan Paul Knoblock, Brent Christopher Knoblock, and Kurt Michael Knoblock, dismissing said plaintiffs' claims with prejudice and costs.

New Orleans, Louisiana, this 13th day of March, 2013.

Eldon E. Fallon

**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**